UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHANTHI WEERASINGHE,

                Plaintiff,                              **ORDER**
                                                                  19-CV-4848 (JMA) (ARL)

    -against-

METROPOLITAN LIFE INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the Court is the application of the defendant, Metropolitan Life Insurance Company ("MetLife"), seeking permission to file a motion to quash a subpoena it received from the plaintiff, Shanthi Weerasinghe ("Weerasinghe"). To this end, MetLife intends to ask the Court to issue a protective order precluding Weerasinghe from requesting documents and the deposition of MetLife's "Keeper of the Records," which were not produced with sufficient notice. Weerasinghe opposes the request and also cross-moves for a three-day extension of time to serve her expert's report. MetLife may file a letter motion pursuant to Local Rule 37.3 without permission. Accordingly, the motion is denied as moot. MetLife is reminded, however, that the letter motion must not exceed three pages. In addition, the Court will not consider the motion to quash/for a protective order in advance of the parties' settlement conference scheduled for November 5, 2020. Weerasinghe's request for a three day extension to serve her expert report is granted. Weerasinghe is directed to serve MetLife with the report on or before the close of business tomorrow.

Dated: Central Islip, New York                        SO ORDERED:
        October 29, 2020

                                                                 _____/s_____
                                                                 ARLENE R. LINDSAY
                                                                 United States Magistrate Judge